UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Edward McGrath, | Civil File No. 10-4192 (ADM/SER) |
| Plaintiff, | |
| v. | **ORDER** |
| Michael J. Astrue,<br>Commissioner of Social Security, | |
| Defendant. | |

Lionel H. Peabody, Esq., Peabody Law Office, P.O. Box 10, Duluth, MN, 55801-0010 on behalf of Plaintiff.

Lonnie F. Bryan, Esq., Office of the United States Attorney, 300 South 4th Street, Suite 600, Minneapolis, Minnesota 55415, on behalf of Defendant.

---

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Award of Attorney's Fees [Doc. No. 25] is **GRANTED** in the amount of $6,936.00.

Dated: October 16, 2012                              s/Ann D. Montgomery

                                                           ANN D. MONTGOMERY
                                                           U.S. DISTRICT JUDGE